## Synopsis
## (Complaint)

| | |
|---|---|
| **Name:** | Alice V. Jones |
| **Address:** (City & State Only) | Portland, Maine |
| **Year of Birth and Age:** | 1985 (40 years old) |
| **Violations:** | Counts 1 and 3: Transmitting threatening interstate communication, 18 U.S.C. § 875(c).<br><br>Counts 2 and 4: Anonymous Telecommunications Harassment, 47 U.S.C. §223(a)(1)(C). |
| **Penalties:** | Counts 1 and 3: Not more than 5 years imprisonment, not more than a $250,000 fine. (Class D felony) 18 U.S.C. §§ 875(c), 3559(a).<br><br>Counts 2 and 4: Not more than 2 years imprisonment, not more than a $250,000 fine. (Class E felony) 47 U.S.C. §§223(a)(2), 3559(a). |
| **Supervised Release:** | Counts 1 and 3: Not more than 3 years. 18 U.S.C. § 3583(b)(2).<br><br>Counts 2 and 4: Not more than 1 year. 18 U.S.C. § 3583(b)(3). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1 and 3: Not more than 2 years. 18 U.S.C. § 3583(e)(3).<br><br>Counts 2 and 4: Not more than 1 year. 18 U.S.C. § 3583(b)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Not more than 3 years, less term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(h).<br><br>Not more than 1 year, less term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | To be assigned. |
| **Primary Investigative Agency and Case Agent Name:** | FBI: Andrew Allaire, Special Agent |
| **Detention Status:** | Defendant in FBI Custody |

| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Nicholas Scott |
| **Guidelines apply?** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution?** | No |
| **Assessments:** | $100 assessment, 18 U.S.C. § 3013(a)(2)(A). |