UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALICE V. JONES | No. 2:25-mj-00179-KFW |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

    ____ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    _X_ Crime of violence

    ____ Maximum sentence life imprisonment or death

    ____ 10+ year drug offense

    ____ Felony, with two prior convictions in above categories

    ____ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

    _X_ Serious risk defendant will flee

    _X_ Serious risk obstruction of justice

2. Reasons for Detention:

    i. Temporary Detention.

    _____

    _____

    _____

    ii. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure (check one or both):

    _X_ Defendant's appearance is required

    _X_ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because (check one or both if applicable)

 ____ Probable cause to believe the defendant committed an offense specified in 18 U.S.C. §3142(e) involving: drugs, firearms, terrorism, a minor victim, or conduct outside of the United States.

 ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of up to 3 days.

5. Length of Detention Hearing. The United States will require ½ hour to present its case for detention.

Date: May 15, 2025

          CRAIG M. WOLFF
          ACTING UNITED STATES ATTORNEY

          */s/ Nicholas M. Scott*
          Nicholas M. Scott
          Assistant United States Attorney
          United States Attorney's Office
          100 Middle Street
          Portland, ME 04101
          (207) 780-3257
          Nicholas.Scott@usdoj.gov