UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 2:25-mj-00179-KFW |
| | ) | |
| ALICE V. JONES, | ) | |
| | ) | |
| Defendant | ) | |

### ORDER OF TEMPORARY DETENTION

Defendant appeared before this Court on May 15, 2025, for an initial appearance on a complaint filed on May 15, 2025. Defendant waived her right to a preliminary hearing. Pursuant to 18 U.S.C. § 3142, the Government moved for detention pending trial. Defendant appeared with counsel, and requested that the hearing on the issue of detention be continued. Accordingly, it is hereby

ORDERED that Defendant be, and hereby is, temporarily detained without bail pursuant to 18 U.S.C. § 3142(f); and it is further

ORDERED that Defendant shall next appear before this Court at Portland, Maine, on May 20, 2025, at 12:00p.m., for the purpose of further consideration of release or detention pursuant to statute as well as any other matters ordered by this Court.

/s/ Karen Frink Wolf
U.S. Magistrate Judge

Dated this fifteenth day of May 2025.